The Attorney Store.Com Inc v. Reed Elsevier Inc — Doc. 2



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE ATTORNEYSTORE.COM, INC., § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION FILE NO. _____ |
| § | |
| REED ELSEVIER, INC. d/b/a § | 3-09CV2005-N |
| LEXISNEXIS, § | |
| § | |
| Defendant. § | |

**CERTIFICATE OF INTERESTED PERSONS**

Defendant Reed Elsevier, Inc. d/b/a LexisNexis ("LexisNexis") pursuant to Local Rules 3.1(f), 7.4 and 81.1(a)(3)(D) and other applicable law, certify to this Court that the following is a list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of the case:

1. Plaintiff The AttorneyStore.com, Inc.;

2. Defendant Reed Elsevier, Inc. d/b/a LexisNexis

Respectfully submitted,

_____
Ashley Interrante Scheer
State Bar No. 00784320
Lauren E. Mutti
State Bar No. 24050042
**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822 - Fax
Email: ascheer@jw.com

**ATTORNEYS FOR DEFENDANT, LEXISNEXIS, INC.**

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of October, 2009, a true and correct copy of the foregoing document was served via certified mail, return receipt requested, upon:

Michael R. Cramer
Bailey & Galyen
4131 N. Central Expressway
Suite 860
Dallas, Texas 75204

_____
Lauren E. Mutti

**DEFENDANT'S CERTIFICATE OF INTEREST PERSONS** - Page 2 of 2
5640763v.1 135761/00001