IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE ATTORNEYSTORE.COM, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3-09CV2005-N |
| | § | |
| REED ELSEVIER, INC. d/b/a LEXISNEXIS | § | |
| | § | |
| Defendant. | § | |

## JOINT STATUS REPORT

COMES NOW Plaintiff The Attorney Store.Com, Inc. ("Plaintiff"), and Defendant Reed Elsevier, Inc. d/b/a LexisNexis ("Defendant") (collectively referred to as "the Parties") and file this Joint Status Report pursuant to Rule 26(f) and this Court's Order requiring status and scheduling conference dated October 23, 2009 and would show the Court as follows:

**a. BRIEF STATEMENT OF THE NATURE OF THE CASE IN CONTENTIONS OF THE PARTIES**

PLAINTIFF'S CONTENTIONS:

Plaintiff contends Defendant has tortiously interfered with a contractual relationship and has also tortiously interfered with prospective business relationships.

DEFENDANT'S CONTENTIONS:

Defendant denies the allegations made by Plaintiff. Specifically, Defendant contends that its actions are lawful and justified. Further, Defendant asserts that it gave truthful information or honest advice regarding Plaintiff and its actions are privileged

b. **STATUS OF SETTLEMENT DISCUSSIONS**

The Parties discussed settlement during the conference held on November 5, 2009. While it does not appear that settlement will be successful at this point, the Parties are mindful of their continuing obligations to engage in settlement discussions.

c. **POSSIBLE JOINDER OF ADDITIONAL PARTIES**

At this time, the Parties do not believe that additional parties will be joined. However, Defendant is exploring a potential counter-claim which may necessitate the joining of one of Plaintiff's employees.

d. **ANTICIPATED CHALLENGES TO JURISDICTION OR VENUE**

The Parties do not anticipate any challenges to jurisdiction or venue.

e. **DATE BY WHICH THE CASE WILL BE READY FOR TRIAL AND ESTIMATED LENGTH OF TRIAL**

The Parties anticipate that this case will be ready for trial on October 11, 2010. The Parties anticipate that the trial will last approximately two to three days.

f. **THE DESIREABILITY OF ADR AND THE TIMING FOR ADR**

The Parties are amendable to mediation, but believe that mediation should not be ordered before July 2010 so that the Parties can conduct discovery in this matter.

g. **ANY OBJECTIONS TO DISCLOSURE UNDER RULE 26(a)(1)**

The Parties do not have any objections to disclosure under Rule 26(a)(1).

Michael Cramer, counsel for Plaintiff and Ashley Scheer, counsel for Defendant, participated in the conference under Rule 26(f) on November 5, 2009 and report as follows:

(1) The Parties do not believe that any changes need to be made in the timing, form, or requirement for Rule 26(a) disclosures. The Parties will make the Rule 26(a)(1) disclosures by December 7, 2009.

(2) The Parties anticipate that discovery will be conducted on the issues raised by the pleadings. The Parties do not believe that discovery needs to be conducted in phases or limited to particular issues at this time.

(3) The Parties do not believe that changes need to be made to the limitations imposed by the Federal Rules of Civil Procedure or local rules at this time. The Parties reserve the right to seek relief from this Court on this issue at a later date, if necessary.

(4) The Parties do not believe that there are any other orders or issues that need to be brought to the Court's attention at this time.

Respectfully submitted,

**BAILEY & GALYEN**
4131 N. Central Expressway
Suite 860
Dallas, Texas 75204
(214) 252-9099
(214) 250-9941 – Fax

Michael R. Cramer
State Bar No. 00790526

ATTORNEYS FOR PLAINTIFF
THE ATTORNEY STORE.COM, INC.

and

JACKSON WALKER L.L.P.
901 Main Street
Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822 - Fax

By: *Ashley Scheer*
Ashley Interrante Scheer
State Bar No. 00784320
Lauren E. Mutti
State Bar No. 24050042

ATTORNEYS FOR DEFENDANT
REED ELSEVIER, INC. d/b/a LEXISNEXIS